IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STIVEN SIRI-REYNOSO,

    Defendant-Petitioner,

vs.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

Crim. No. S6 17 Cr. 418 (CM)

Civil No. 21 CV 110009 (CM)

MEMO ENDORSED

. . . .o8o. . . .

**REQUEST FOR LEAVE TO AMEND
MOTION UNDER 28 U.S.C. § 2255 and
MOTION FOR RECONSIDERATION OF JUDGMENT**

---

COMES NOW the Defendant-Petitioner, STIVEN SIRI-REYNOSO, pro se, in accordance with Rules 15(c) and 59(e) of the Federal Rules of Civil Procedure, and respectfully moves this Honorable Court by motion for leave to amend his motion under 28 U.S.C. § 2255 (Doc. 1), and for reconsideration of the Court's January 3, 2023 Decision and Order denying relief under 28 U.S.C. § 2255 (Doc. 15).

In support of this motion Siri-Reynoso submits the attached Memorandum of Facts and Law.

5/10/2023 This motion is DENIED.

[signature]

USDJ

Respectfully Submitted,

_____

Stiven Siri-Reynoso, Pro Se
Reg. No. 79315-054
U.S.P. Big Sandy
P.O. Box 2068
Inez, Kentucky    41224